**E-filed 5/31/06**

1  DOUGLAS B. ALLEN, Bar No. 99239, burnettburnettallen@yahoo.com
   BURNETT, BURNETT & ALLEN
2  160 West Santa Clara Street, Suite 1200
   San Jose, CA  95113
3  Telephone:  (408) 298-6540
   Facsimile:   (408) 298-0914
4
   DONALD P. GAGLIARDI, Bar No. 138979, dgagliardi@be-law.com
5  CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
   BERGESON, LLP
6  303 Almaden Boulevard, Suite 500
   San Jose, CA 95110-2712
7  Telephone:  (408) 291-6200
   Facsimile:   (408) 297-6000
8
   Attorneys for Plaintiff
9  BERGESON, LLP

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  BERGESON, LLP, a California Limited        Case No.  C05-05172 JF
    Liability Partnership,
16                                             **STIPULATION TO DISMISS ACTION
                   Plaintiff,                  WITH PREJUDICE AND [~~PROPOSED~~]
17                                             ORDER**
          vs.
18
    COUDERT BROTHERS, LLP, a New York          Complaint Filed:  December 13, 2005
19  Limited Liability Partnership,             Trial Date Set:  None Set

20                 Defendants.

21

22

23

24

25

26

27

28

1    WHEREAS, the parties to the above-captioned action (the "Action") entered into a

2  Settlement Agreement and Mutual Release ("Settlement Agreement") on May 22, 2006;

3    WHEREAS, under the terms of the Settlement Agreement, plaintiff agreed to request that

4  the Court dismiss the Action with prejudice within five days of the full execution of the Settlement

5  Agreement;

6    WHEREAS, the Settlement Agreement has been fully executed;

7    THEREFORE, the parties stipulate that the Action may be dismissed with prejudice and

8  respectfully request the Court to enter an order so dismissing the case.

9

10  Dated:  May 30, 2006                    BERGESON, LLP

11

12                                          By:  ___/s/_____

13                                               Caroline McIntyre

14                                          Attorneys for Plaintiff
                                            BERGESON, LLP
15

16  Dated:  May 30, 2006                    STEIN & LUBIN, LLP

17

18                                          By:  ___/s/_____

19  Dennis D. Miller

20                                          Attorneys for Defendant
                                            COUDERT BROTHERS, LLP
21

22

23

24

25

26

27

28
                                          - 1 -

1   **ATTESTATION**   I, Caroline McIntyre, am the ECF User whose identification and password are

2   being used to file this document.  In compliance with General Order 45.X.B., I hereby attest that

3   Dennis B. Miller has concurred with this filing.

4

5                                                          /s/
                                                    Caroline McIntyre

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION TO DISMISS ACTION WITH                                    CASE NO. C05-05172 JF
PREJUDICE AND [PROPOSED]ORDER

1        WHEREAS, the parties to the above-captioned action (the "Action") entered into a

2 Settlement Agreement and Mutual Release ("Settlement Agreement") on May 22, 2006;

3        WHEREAS, under the terms of the Settlement Agreement, plaintiff agreed to request that

4 the Court dismiss the Action with prejudice within five days of the full execution of the Settlement

5 Agreement;

6        WHEREAS, the Settlement Agreement has been fully executed;

7        THEREFORE, the parties stipulate that the Action may be dismissed with prejudice and

8 respectfully request the Court to enter an order so dismissing the case.

9

10 Dated: May 30, 2006                         BERGESON, LLP

11

12                                     By:    /s/

13                                            Caroline McIntyre

14                                   Attorneys for Plaintiff

15                                   BERGESON, LLP

16 Dated: May 30, 2006                         STEIN & LUBIN, LLP

17

18                                   By:

19                                         Dennis D. Miller

20                                   Attorneys for Defendant

21                                   COUDERT BROTHERS, LLP

22

23

24

25

26

27

28

STIPULATION TO DISMISS ACTION WITH                  CASE NO. C05-05172 JF
PREJUDICE AND [PROPOSED]ORDER

1

## **ORDER**

2       The parties, having settled the Action and the relevant conditions for settlement having

3  been satisfied, the parties having requested that the Court dismiss the Action with prejudice, and

4  good cause appearing therefore,

5       IT IS HEREBY ORDERED that the Action is dismissed with prejudice.  Each party is to

6  bear its own fees and costs.

7

8  Dated:        5/31/06

9                                             HON. JEREMY FOGEL
                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION TO DISMISS ACTION WITH                                CASE NO. C05-05172 JF
PREJUDICE AND [PROPOSED]ORDER